# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **MEDINA GENERAL HOSPITAL** | ) | Case No. 1:09CV970 |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| -vs- | ) | **O R D E R** |
| | ) | |
| **GE HEALTHCARE IITS LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |

The Court has been advised the action has settled. Therefore, it is not necessary the action remain on the calendar of the Court

IT IS ORDERED this action is closed. It shall be marked settled and dismissed, with prejudice, each party to bear its own costs. The Court shall retain jurisdiction to (1) vacate this Order and reopen the action upon cause shown that settlement has not been completed and further litigation is necessary or (2) alter the terms of settlement and dismissal upon agreement of the parties. Parties shall file a stipulated dismissal with prejudice no later than October 15, 2009.

        S/Christopher A. Boyko
        HONORABLE CHRISTOPHER A. BOYKO
        UNITED STATES DISTRICT JUDGE

September 29, 2009